Fill in this information to identify the case:

United States Bankruptcy Court for the:

Eastern District of North Carolina

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | LAID RIGHT SITE DEVELOPMENT, INC. |
| 2. **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 26-4145557 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1500 Clarence McKeithen Rd | 790 Dixie Farm Rd |
| Number        Street | Number        Street |
| | P.O. Box |
| Sanford                NC     27330 | Sanford                NC     27332 |
| City                            State    ZIP Code | City                            State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Lee County | |
| County | Number        Street |
| | City                            State    ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

Debtor  LAID RIGHT SITE DEVELOPMENT, INC.  Case number (if known)_____
　　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

2381

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

　　☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When ____/____/_____  Case number _____
　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　　　District _____  When ____/____/_____  Case number _____
　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

　　　　　District _____  When ____ / ____ / _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　　　Case number, if known _____

| Debtor | LAID RIGHT SITE DEVELOPMENT, INC. | Case number (if known) |
|--------|-----------------------------------|------------------------|
|        | Name                              |                        |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____

_____
City                                    State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|--------|---------------|------------------|
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|--------------|--------------------------|----------------------------|
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor   LAID RIGHT SITE DEVELOPMENT, INC.
Name

Case number (if known)_____

**16. Estimated liabilities**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/30/2025
MM / DD / YYYY

✘ /s/ Donald Baynes

Signature of authorized representative of debtor

Donald Baynes
Printed name

Title   Vice President

**18. Signature of attorney**

✘ /s/ JM Cook

Signature of attorney for debtor

Date   04/30/2025
MM / DD / YYYY

JM Cook
Printed name

J.M. Cook, P.A.
Firm name

5886 Faringdon Place Suite 100
Number        Street

Raleigh
City

NC
State

27609
ZIP Code

919.675.2411
Contact phone

j.m.cook@jmcookesq.com
Email address

25352
Bar number

NC
State

---

**Fill in this information to identify the case:**

Debtor name _____ LAID RIGHT SITE DEVELOPMENT, INC._____

United States Bankruptcy Court for the: _Eastern District of North Carolina_

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Thomas Tire PO Box 2917 Asheboro, NC, 27204 | | | | | | 0.00 |
| 2 | Sunstate Equipment Co PO Box 208439 Dallas, TX, 75320 | | | | | | 0.00 |
| 3 | NAPA Auto Parts PO Box 409043 Atlanta, GA, 30384 | | | | | | 0.00 |
| 4 | Green Resource LLC PO Box 429 Colfax, NC, 27235 | | | | | | 0.00 |
| 5 | Pathward Loan 5480 Corporate Drive Suite 350 Troy, MI, 48098 | | | | | | 0.00 |
| 6 | OnDeck Loan 4700 W Daybreak Pkwy Suite 200 South Jordan, UT, 84009 | | | | | | 0.00 |
| 7 | The Hose Repair and Parts Center 149 Charlotte Ave Sanford, NC, 27330 | | | | | | 0.00 |
| 8 | Herc Rentals Inc PO Box 936257 Atlanta, GA, 31193 | | | | | | 0.00 |

Debtor ___LAID RIGHT SITE DEVELOPMENT, INC._____    Case number (if known)_____
           Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Bank of America PO Box 17237 Wilmington, DE, 19886 | | | | | | 0.00 |
| 10 | Sun Coast Resources, Inc PO Box 735606 Dallas, TX, 75373 | | | | | | 0.00 |
| 11 | Square Advance Loan 90 E Halsey Rd Parsippany, NJ, 07054 | | | | | | 0.00 |
| 12 | Great Lakes Petroleum PO Box 936940 Atlanta, GA, 31193 | | | | | | 0.00 |
| 13 | Bain Oil, Heating & Air PO Box 7383 Greensboro, NC, 27417 | | | | | | 0.00 |
| 14 | Ascentium Capital LLC 23970 Hwy 59 N Humble, TX, 77339 | | | | | | 0.00 |
| 15 | Ascendum Machinery, Inc PO Box 534366 Atlanta, GA, 30353 | | | | | | 0.00 |
| 16 | United Rentals PO Box 100711 Atlanta, GA, 30384 | | | | | | 0.00 |
| 17 | James River Equipment PO Box 745475 Atlanta, GA, 30374 | | | | | | 0.00 |
| 18 | Blue Vine Loan 30 Montgomery St. Suite 1400 Jersey City, NJ, 07302 | | | | | | 0.00 |
| 19 | CAT Credit Card 2120 West End Ave Nashville, TN, 37203 | | | | | | 0.00 |
| 20 | Blue Dot Concrete 11330 Bain School Rd Charlotte, NC, 28227 | | | | | | 0.00 |

Ascendum Machinery, Inc
PO Box 534366
Atlanta, GA 30353

Ascentium Capital LLC
23970 Hwy 59 N
Humble, TX 77339

Bain Oil, Heating & Air
PO Box 7383
Greensboro, NC 27417

Bank of America
PO Box 17237
Wilmington, DE 19886

Bankruptcy Administrator, EDNC
434 Fayetteville Street
Suite 640
Raleigh, NC 27601-1888

Blue Dot Concrete
11330 Bain School Rd
Charlotte, NC 28227

Blue Vine Loan
30 Montgomery St.
Suite 1400
Jersey City, NJ 07302

CAT Credit Card
2120 West End Ave
Nashville, TN 37203

Cruco Mill & Industrial Supply LLC
111 McNeil Rd
Sanford, NC 27330

Fortiline, Inc
PO Box 744053
Atlanta, GA 30384

FuelMan Credit Card
PO Box 70887
Charlotte, NC 28272

Great Lakes Petroleum
PO Box 936940
Atlanta, GA 31193

Green Resource LLC
PO Box 429
Colfax, NC 27235

Guaranteed Supply
PO Box 36007
Greensboro, NC 27416

Herc Rentals Inc
PO Box 936257
Atlanta, GA 31193

Hunter Oil
PO Box 398
Sanford, NC 27330

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

James River Equipment
PO Box 745475
Atlanta, GA 30374

NAPA Auto Parts
PO Box 409043
Atlanta, GA 30384

NC Dept. of Revenue
Office Services Division, Bankruptcy Uni
P.O. Box 1168
Raleigh, NC 27602-1168

North Carolina Dept. of Commerce
Div of Employment Security
P.O. Box 26504
Raleigh, NC 27611-6504

OnDeck Loan
4700 W Daybreak Pkwy
Suite 200
South Jordan, UT 84009

Pathward Loan
5480 Corporate Drive
Suite 350
Troy, MI 48098

Secretary of the Treasury
1500 Pennsylvania Ave, NW
Washington, DC 20220

Square Advance Loan
90 E Halsey Rd
Parsippany, NJ 07054


Sun Coast Resources, Inc
PO Box 735606
Dallas, TX 75373


Sunstate Equipment Co
PO Box 208439
Dallas, TX 75320


The Hose Repair and Parts Center
149 Charlotte Ave
Sanford, NC 27330


Thomas Tire
PO Box 2917
Asheboro, NC 27204


U.S. Securities & Exchange Comm.
Office of Reorganization
950 East Paces Ferry Rd, Ste 900
Atlanta, GA 30326-1382


United Rentals
PO Box 100711
Atlanta, GA 30384


United States Attorney
150 Fayetteville St
Suite 2100
Raleigh, NC 27601-1461


United States Attorney General
U.S. Dept of Justice
9500 Pennsylvania Ave NW
Washington, DC 20530-0001

United States Bankruptcy Court

Eastern District of North Carolir

In re: LAID RIGHT SITE DEVELOPMENT, INC.

Case No.

Chapter     11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____04/30/2025_____

/s/ Donald Baynes
_____
Signature of Individual signing on behalf of debtor

Vice President
_____
Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Eastern District of North Carolina

**In re** LAID RIGHT SITE DEVELOPMENT, INC.

Case No. _____

**Debtor**

Chapter <u>11</u> _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ <u>FLAT FEE</u>

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ <u>RETAINER</u>

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $<u>2,900.00</u>

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $<u>300.00</u>

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    ☑ Debtor            ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor            ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

I have agreed to represent the Debtor(s) in this Chapter 11 proceeding and accept compensation as may be approved by this Court under the Bankruptcy Code and local rules. Compensation received pre-petition was for service rendered in anticipation of filing and not intended to compensate me for services to be rendered during the pendency of the Chapter 11. Post-petition compensation, and any unpaid pre-petition fees incurred in anticipation of filing, will be requested by the Court through the fee application process pursuant to Sections 330 and 331 and Local Rules of Court.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation in litigation that may be conducted by others after seeking Court approval.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

04/30/2025

*Date*

/s/ JM Cook, 25352

*Signature of Attorney*

J.M. Cook, P.A.

*Name of law firm*

5886 Faringdon Place
Suite 100
Raleigh, NC 27609

**United States Bankruptcy Court**

**IN RE:**

LAID RIGHT SITE DEVELOPMENT, INC.
_____

Case No._____

Chapter  ___11_____

**LIST OF EQUITY SECURITY HOLDERS**

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Donald Baynes 1500 Clarence McKeithen, Sanford, NC 27330 | 90 | Common stockholder |
| Lauren Baynes Potter 6042 NC Hwy 16S, Jefferson, NC 28640 | 10 | Common stockholder |